without reaching the merits of the motions to proceed *in forma pauperis.*

No. 83–5730. MANN *v.* KOOB. Sup. Ct. Colo. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until January 30, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co., ante,* p. 928, we would deny the petition for certiorari in this case without reaching the merits of the motion to proceed *in forma pauperis.*

No. 83–5742. IN RE JACKSON ET AL. Petition for writ of mandamus denied.

No. 83–788. IN RE FLORIDA. Motion of respondent Earl Enmund for leave to proceed *in forma pauperis* granted. Petition for writ of mandamus denied.

No. 83–372. FRANCHISE TAX BOARD OF CALIFORNIA *v.* UNITED STATES POSTAL SERVICE. Appeal from C. A. 9th Cir. Probable jurisdiction noted.

No. 83–724. GOMEZ-BETHKE, COMMISSIONER, MINNESOTA DEPARTMENT OF HUMAN RIGHTS, ET AL. *v.* UNITED STATES JAYCEES. Appeal from C. A. 8th Cir. Motions of Northwestern Bell Telephone Co. and National Organization for Women et al. for leave to file briefs as *amici curiae* granted. Probable jurisdiction noted.

No. 83–305. CALIFORNIA *v.* TROMBETTA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari granted.

No. 83–491. IMMIGRATION AND NATURALIZATION SERVICE *v.* LOPEZ-MENDOZA ET AL. C. A. 9th Cir. Certiorari granted.